1  AARON D. FORD
   Attorney General
2  MEREDITH N. BERESFORD, Bar No. 13308
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel: (775) 684-1120
   E-mail:  mberesford@ag.nv.gov
6
   *Attorneys for Defendant*
7  *Martin Naughton*

8

                  **UNITED STATES DISTRICT COURT**

9
                     **DISTRICT OF NEVADA**

10  JAMES MCCALLUM

11          Plaintiff,              Case No.  3:18-cv-00266-MMD-CLB

12  v.

13  DR. NAUGHTON, *et al.,*       **STIPULATION AND ORDER FOR**
                          **DISMISSAL WITH PREJUDICE**

14           Defendants.

15      IT IS HEREBY STIPULATED by and between James McCallum and Defendants, by and

16  through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Meredith N. Beresford,

17  Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between

18  the parties, that the above-captioned action should be dismissed with prejudice.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    This Stipulation for Dismissal with Prejudice is executed as part of an Early Mediation

2 Conference that took place on July 14, 2020. As part of this Settlement, it is further stipulated that

3 within 30 days of receipt of this signed stipulation by Defense Counsel, Plaintiff will be afforded an

4 opportunity to review his medical records and take notes. Each Party will bear its own attorney's fees

5 and costs.

6 DATED this 20 day of July, 2020.          DATED this 30ᵗʰ day of July, 2020

7

8                                            AARON D. FORD
                                             Attorney General
9

10                                           By: _____

11 JAMES MCCALUM, #96779                         MEREDITH N. BERESFORD, Bar No. 13308
   Plaintiff                                     Deputy Attorney General
12                                               *Attorney for Defendants*

13

14                                           IT IS SO ORDERED.

15

16                                           _____
                                             U.S. DISTRICT JUDGE
17

18                                           DATED: ___July 30, 2020_____

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 30th day of July, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL**, by U.S. District Court CM/ECF Electronic Filing on:

James McCallum #96779
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

3